AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-MJ- |
| | ) | |
| SHAMAR N. BETTS | ) | 3:20mj156 LRA |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHAMAR N. BETTS                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Inciting a riot in violation of 18 U.S.C. § 2101.

Date:  06/05/2020

*Issuing officer's signature*

City and state:   Urbana, Illinois

Eric I. Long, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/05/2020, and the person was arrested on *(date)* 05 June 2020
at *(city and state)* Ichula, MS

Date: 05 June 2020

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 16 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

For Agent
*Arresting officer's signature*

*Printed name and title*